Robert P. McDaniel #96196
(full name/prisoner number)
P.O. Box 14, #96196
Boise Id. 83707

(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Robert P. McDaniel,
(full name)
         Plaintiff,

v.

Warden Ty Davis, et al.,
NP Selah Worley, et al.,
Dr. Rebekah Haggard, et. al
Corizon Health Services, et al.,
John Doe(s) #1 thru 10, et al.,
         Defendant(s).

(if you need additional space, use a blank page for a continuation page)

Case No. 1:22-CV-00240, DCN
(to be assigned by Court)

FIRST AMENDED
PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes  ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____ ; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Robert P. McDaniel. I am a citizen of the State of Idaho, presently residing at P.O. Box 14, Boise Id. 83701, %  IDOC/ISCI

PRISONER COMPLAINT - p. 1                                    (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Ty Davis__ (defendant), who was acting as __Warden__ *(job title, if a person; function, if an entity)*

   for the __IDOC / ISCI FACILITY.__ *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __April 2, 2021, et al.__ *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: __Failed to properly supervise and train medical and prison staff in emergency medical treatment and response, and proper cleaning and janitorial safety issues including but NOT limited to, proper lighting and other cleaning safety issues, all of which resulted in plaintiff being seriously injured while working and subsequently becoming permanently disabled due to a deformed distal radius on his right arm. I am in chronic pain because this injury has gone untreated. I lost my jobs due to inability to continue working.__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: __Due process, cruel and unusual punishment.__

4. I allege that I suffered the following injury or damages as a result: __a fractured and subsequently DEFORMED right distal radius, mental anguish and constant pain since injury occurred.__

5. I seek the following relief: __Cost of surgery and physical rehabilitation times two; lost wages of $116.80 per month from 4/2/21 to present time.__

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2_   (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Selah Worley** *(defendant)*, who was acting as **nurse practitioner** *(job title, if a person; function, if an entity)*

   for the **IDOC / ISCI Facility**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **April 2, 2021, et al.**, *(dates)* Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   DID NOT provide me adequate or timely medical care for my fractured right distal radius which resulted in the injury healing DEFORMED and a loss of app. 70% of the use of my dominant hand/arm. Furthermore, defendant left me in serious pain and to date has REFUSED to address this painful fracture with anything more than tylenol. Defendant has further FALSIFIED entries in my medical records alleging that I have REFUSED all medical care for this injury, as I have continuously requested and been deprived of proper, adequate medical care.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   DUE PROCESS; CRUEL AND UNUSUAL PUNISHMENT; DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS.

4. I allege that I suffered the following injury or damages as a result:

   Fracture healed deformed and left my right dominant hand almost TOTALLY unusuable, and in constant pain for over a year now.

5. I seek the following relief: Full cost of corrective surgery and physical rehabilitation, times THREE; lost wages of $116.50 per month from 4/2/21 to date

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. (3)                                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **John Doe's #'s 1-10**, who was acting as **CEO, management,**
   *(defendant)*                                    *(job title, if a person; function, if an entity)*

   for the **Corizon Health Care**.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **4/2/2021, et al.**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: **Defendants failed to properly train and/or supervise the assigned medical staff named as defendants in this case, and/or whose TRUE IDENTITIES will be added herein at a later time once discovery begins herein.**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENT**

4. I allege that I suffered the following injury or damages as a result: **Fractured distal radias on right arm healed improperly and deformed leaving me in constant pain and loss of use of dominant hand at about 70%.**

5. I seek the following relief: **Cost of surgery and physical rehabilitation times two; lost work wages of $116.86 from 4/2/21 to present date.**

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **REBEKAH HAGGARD** *(defendant)*, who was acting as **Supervising Doctor** *(job title, if a person; function, if an entity)*

   for the **IDOC/ISCI FACILITY**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **4/2/2021, et al.,** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Dr. Haggard failed to properly supervise the medical staff named in this complaint, and despite numerous requests for proper and corrective surgical care I requested, she INTENTIONALLY failed to follow up with me to get me such care and left me in constant pain

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Due process, Cruel and unusual punishment

4. I allege that I suffered the following injury or damages as a result: Deformed right distal radius and severe nerve damage

5. I seek the following relief: Cost of surgery and rehabilitative care times two. Punitive damages of $500,000.00, lost wages of $116.80 from 4/2/21 to date.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 5                                                 *(Rev. 10/24/2011)*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒   do not ◯   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

My injury is to my DOMINANT hand/arm and I've lost about 70% use of such due to lack of proper medical care.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at  Kuna Idaho   on  9/12/2022  .
               *(Location)*                        *(Date)*

Robert McDaniel
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach *original* exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.